United States District Court
Southern District of Texas
**ENTERED**
June 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Alexander K. Miller, § <br>    Petitioner, § <br> § <br> v. § <br> §    Civil Action H-20-4254 <br> Eric Fagan, Fort Bend County § <br> Sheriff, § <br>    Respondent. § | |

## Order of Adoption

On May 19, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Miller's petition for writ of habeas corpus. (7) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on June 24, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge